# Court of Appeals
# of the State of Georgia

ATLANTA, March 17, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0220. RANDY EDWARDS v. THE STATE.**
**A21D0221. RANDY EDWARDS v. THE STATE.**
**A21D0222. RANDY EDWARDS v. THE STATE.**

Randy Edwards, who has been incarcerated since 2013, was convicted of one count of making a false statement and five counts of terroristic threats. We affirmed Edwards's convictions on appeal. See *Edwards v. State*, 330 Ga. App. 732 (769 SE2d 150) (2015). Edwards also pleaded guilty to charges in three other criminal cases. In 2016, the Superior Court of Floyd County entered a standing order requiring a pre-filing review of any additional filings by Edwards, finding that he had filed 56 separate motions, requests, or other pleadings in his five criminal cases.

In 2020, Edwards attempted to file three documents in the Superior Court of Floyd County, arguing that his trial judge should have recused himself and that the 2016 order requiring a pre-filing review promotes the obstruction of justice. On November 3, 2020, the trial court entered an "Order Denying Filing of Petition for Writ of Mandamus." On December 30, 2020, the trial court entered an "Order Denying the Filing of a Pro-Se Motion to Set Aside the Judgments, Convictions, Sentencing & Orders in the above Criminal Cases." On December 31, 2020, the trial court entered an "Order Denying Filing of Amended/Supplemental Petition for Challenge of Void Judgments, Petition for Writ of Mandamus, Civil Action for Damages and Demand for Trial by Jury." On January 10, 2021, Edwards filed an application in the Supreme Court of Georgia, seeking discretionary review of these orders. The Supreme Court then transferred these cases to this court, and they have been docketed as Case Nos. A21D0220, A21D0221, and A21D0222.

Edwards's application for discretionary review of the trial court's November 3, 2020 order (Case No. A21D0220) is untimely. To be timely, a discretionary application must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d); *Hill v State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Edwards filed his application 69 days after the trial court entered its order. Accordingly, Case No. A21D0220 is hereby DISMISSED for lack of jurisdiction.

Upon consideration of Edwards's remaining applications for discretionary review, it is ordered that Case Nos. A21D0221 and A21D0222 are hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 03/17/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ , *Clerk.*